IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR 27  AM 9:52

| | | |
|---|---|---|
| LARA LOGAN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-1208-LY |
| | § | |
| JOE HAGAN AND NEW YORK MEDIA, LLC, | § | |
|     DEFENDANTS. | § | |

## SHOW CAUSE ORDER

Before the court is the above-styled cause of action, which was filed in this court on December 13, 2019. The record reflects that no action in the case since December 13, 2019. In addition, no proposed scheduling order has been filed by the parties pursuant to Federal Rule of Civil Procedure 26 and Rule CV-16(c) of the Local Rules of the Western District of Texas. Accordingly,

**IT IS ORDERED** that Plaintiff shall show cause **in writing** why this cause should not be dismissed for want of prosecution **on or before May 11, 2020.**

SIGNED this 27th day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE