IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LARA LOGAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-1208-LY |
| JOE HAGAN AND NEW YORK MEDIA, LLC, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above-styled and numbered cause, which was filed on December 13, 2019. The record reflects no action in the case since December 13, 2019. On April 27, 2020, this court ordered Plaintiff Lara Logan to show cause in writing why this action should not be dismissed for want of prosecution on or before May 11, 2020 (Doc. #3). To date, no response has been filed. Accordingly,

**IT IS ORDERED** that Logans's claims against Joe Hagan and New York Media, LLC are **DISMISSED WITH PREJUDICE** for want of prosecution.

SIGNED this _13th_ day of May, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE